Certificate Number: 05781-HI-DE-041219971

Bankruptcy Case Number: 26-00593



05781-HI-DE-041219971

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2026, at 12:46 o'clock AM PDT, Ari Somers completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Hawaii.

Date:   July 18, 2026              By:      /s/Allison M Geving

Name:  Allison M Geving

Title:   President